John F. Ambrose v. R. A. C. Smith, as Commissioner.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Moritz Weinstein.— Motion to dismiss appeal granted.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Moses Horowitz, an Infant, etc., Respondent, v. John C. Eidt, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

James Edwards, Respondent, v. Reginald H. Morgan, Jr., as Treasurer, Appellant.— Judgment and order affirmed, with costs.  No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of the Transfer Tax upon the Estate of Margaret Laura Zborowski, Deceased.  William Sohmer, Comptroller of the State of New York, Appellant; Henry Louis Morris and Another, as Executors, etc., Respondents.— Order affirmed, with costs, on the opinion of Fowler, Surrogate.  (Reported in 84 Misc. Rep. 342.)  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Annie S. Duffy, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Vincenza Camalda, as Administratrix, etc., Respondent, v. Rutland Railroad Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

A. N. Stollwerck & Company, Respondent, v. Gebruder Stollwerck Aktien Gesellschaft, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Felix Salomon and Others, Respondents, v. Cornelius Kahlen, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Russell Foland, Suing on Behalf of Himself, etc., Appellant, v. George J. Gould, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs.  No opinion.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

William Ziener, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the respondent stipulates to reduce the verdict to $3,500; in which event the judgment as so reduced and the order appealed from will be affirmed, without costs.  No opinion.  Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., to the Lands, etc., Required for the Opening and Extending of Glebe Avenue, from Westchester Avenue to Overing Avenue; Lyon Avenue, from Zerega Avenue to Castle Hill Ave-